February 11, 2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,

                -v-

LUIS CORDERO,
                Defendant(s).
------------------------------------------------------------X

**CONSENT TO PROCEED BY TELECONFERENCE**

21-CR- 82 (PAC)

Defendant Luis Cordero hereby voluntarily consents to participate in the following proceeding via teleconference:

___ Initial Appearance/Appointment of Counsel

✓ **Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)**

___ Preliminary Hearing on Felony Complaint

___ Bail/Revocation/Detention Hearing

✓ Status and/or Scheduling Conference

___ Misdemeanor Plea/Trial/Sentence

*Luis Cordero* (signature)
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

Defense Counsel's Signature

Luis Cordero
Print Defendant's Name

Bruce A. Barket
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

2/11/2021
Date

Paul A. Crotty    2/12/2021
U.S. District Judge