```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                     :
UNITED STATES OF AMERICA             :
                                     :   21 CR 82
     -against-                       :
                                     :   ORDER
                                     :
Luis Cordero                         :
                                     :
        Defendant                    :
                                     :
-------------------------------------X
```

Paul A. Crotty, United States District Judge:

ORDERED that the defendant's bail conditions be modified to remove the condition of mental health evaluation and treatment as directed.

Dated: New York, New York
       March  8 , 2021

                                        SO ORDERED

                                        _____
                                        Paul A. Crotty
                                        United States District Judge